UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| PH, *a minor, by and through her adult next friend and legal guardian, Patricia Hunt* | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:24-CV-134-TBM-RPM |
| KESHAWN BELCHER et al | DEFENDANTS |

| | |
|---|---|
| JB, *a minor, by and through his adult next friend and legal guardian, Jonathan Baldwin* | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:24-CV-135-TBM-RPM |
| KESHAWN BELCHER et al | DEFENDANTS |

| | |
|---|---|
| DTC, *a minor, by and through her adult next friend and legal guardian, Luis Miguel Torres Morales* | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:24-CV-136-HSO-BWR |
| KESHAWN BELCHER et al | DEFENDANTS |

### ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES

Before the Court is Defendant Kelly Services, Inc.'s Unopposed [6] Motion to Consolidate Cases. Kelly Services asks this Court to consolidate this case, *PH v. Belcher et al*, Civil Action No. 1:24-CV-134-TBM-RPM with the later-filed cases styled *JB v. Belcher et al*, Civil Action No. 1:24-CV-135-TBM-RPM and *DTC v. Belcher et al*, Civil Action No. 1:24-CV-136-HSO-RPM. Kelly Services represents that all three lawsuits set forth claims for damages allegedly sustained by Plaintiffs in April 2023, while they were students at Ocean Springs Middle School and caused by Defendant KeShawn Belcher, a substitute teacher placed at the school by Kelly Services. Doc.

[6] at 2. Counsel for Defendant Ocean Springs School District and counsel for Plaintiffs agree that the motion should be granted.[1]  *Id.* at 3.  Based on the foregoing, the Court finds that the motion should be granted.  The lawsuits shall be consolidated for all purposes; however, the Court retains discretion to order separate trials pursuant to Fed. R. Civ. P. 42(b).

IT IS THEREFORE ORDERED AND ADJUDGED that the [6] Unopposed Motion to Consolidate Cases is GRANTED.  Civil Action Nos. 1:24-CV-134-TBM-RPM, 1:24-CV-135-TBM-RPM, and 1:24-CV-136-HSO-BWR are hereby consolidated for all purposes, with *PH v. Belcher et al*, Civil Action No. 1:24-CV-134-TBM-RPM serving as the lead case.  All subsequent pleadings relating to any of the cases should be filed in the lead case only.

SO ORDERED AND ADJUDGED, this the 12th day of June 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Belcher was served but has not filed an answer or otherwise appeared in any of the three cases.